In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, etc. In the Matter of a Plan of Readjustment, etc., of the Rights of the Holders of Investments in a Certain Mortgage Covering Premises 424–428 East 52nd Street, Borough of Manhattan, County of New York, City and State of New York, Guaranteed by BOND AND MORTGAGE GUARANTEE COMPANY, etc. In the Matter of the Application of the MORTGAGE COMMISSION OF THE STATE OF NEW YORK, etc. WEXFORD REALTY CORPORATION, Appellant; MANUFACTURERS TRUST COMPANY and CHRISTOPHER W. WILSON, Trustees, Respondents.— Motion of the Fulton Trust Company of New York, as trustee, to amend papers on appeal denied, without costs. Motion for reargument · and for leave to intervene denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of JAMES H. RICKER, Appellant, against VILLAGE OF HEMPSTEAD, NASSAU COUNTY, N. Y., and Others, Respondents, Pursuant to Article 78 of the Civil Practice Act, for an Order Directing the Respondents to Reinstate the Petitioner as Chief of Police of the Said Village, etc.— Motion for leave to appeal to the ·Court of Appeals denied. Present — Lazansky, P. J, Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BAR ASSOCIATION OF NASSAU COUNTY, INC., in Respect to MORRIS STARK, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. James C. Van Siclen, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

KENIN AND POSNER, INC., a Domestic Corporation, Respondent, v. FLORENCE TERRACE, Appellant.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JOSEPH LOEB, Doing Business as PIONEER DISTRIBUTING Co., Respondent, v. H. C. BOHACK Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

OLIN R. MOYLE, Respondent, Appellant, v. JOSEPH F. RUTHERFORD and Others, Appellants, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

JUDITH NARDONE and Others, Infants, by ANTHONY NARDONE, Their Guardian ad Litem, and Others, Respondents, v. MILTON MILLER, as Temporary Administrator, etc., of EDWARD H. MILLER, and Another, Defendants, and MILTON MILLER, Individually, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

SOFIE NILSEN and Another, Appellants, v. CAESAR MIGLIORI, Defendant, and FULLER BRUSH COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.